**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7904**

———————

GEORGE W. GANTT-EL,

                                    Plaintiff - Appellant,

        versus

BOYD BENNETT; RICK JACKSON; PAULA Y. SMITH;
NURSE CARELOCKE; HARDESTY, Correctional
Officer; SERGEANT MARSHALL; WALRUTH, Nurse;
HILDRETH, Nurse; DAVIS, Correctional Officer;
NICHOLS, DHO; ALLAN A. JACKSON, DHO; PARSON,
Correctional Officer; WEBSTER, Correctional
Officer; PITTMAN, Correctional Officer;
FREELAND, Correctional Officer; WILSON,
Correctional Officer; CORRECTIONAL OFFICER,
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES;
RATLIFF; NURSE BRYS,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:06-cv-00392)

———————

Submitted:  January 25, 2007          Decided:  February 9, 2007

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

George W. Gantt-El, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George W. Gantt-El appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint and supplemental complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000) and denying relief on his subsequent motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gantt-El v. Bennett</u>, No. 3:06-cv-00392 (W.D.N.C. Oct. 10, 2006; filed Oct. 25 & entered Oct. 26, 2006). We further deny Gantt-El's motion for injunction and to show cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 3 -